■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SITARSKI, Appellant. (Appeal No. 2.) [636 NYS2d 712] —Judgment unanimously modified on the law and as modified affirmed and matter remitted to Supreme Court for further proceedings in accordance with same Memorandum as in *People v Sitarski* (222 AD2d 1118 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.— Unauthorized Use Motor Vehicle, 2nd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GLASS, Appellant. [636 NYS2d 707] —Judgment unanimously affirmed *(see, People v Glover,* 87 NY2d 838). (Appeal from Judgment of Monroe County Court, Marks, J.—Murder, 2nd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEITH LAWRENCE, Respondent. [636 NYS2d 707] —Order unanimously affirmed for reasons stated in decision at Onondaga County Court, Mulroy, J., and indictment dismissed. (Appeal from Order of Onondaga County Court, Mulroy, J.—Suppress Evidence.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ TERRY ERB et al., Appellants, v BARDEN AND ROBESON CORPORATION, Respondent, et al., Defendants. (Appeal No. 2.) [636 NYS2d 712] —Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Ontario County, Harvey, J.— Reargument.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

■ RICHARD CYBULSKI et al., Respondents, v BETHLEHEM STEEL CORPORATION, Appellant. [636 NYS2d 707] —Order unanimously affirmed with costs *(see, Peterson v Zuercher,* 198 AD2d 797). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Discovery.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.